**DEFER, APLDIST, APPEAL**

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Adversary Proceeding #: 2:21-ap-01155-BR

*Assigned to:* Barry Russell  
*Lead BK Case:* 20-21022  
*Lead BK Title:* Girardi Keese  
*Lead BK Chapter:* 7  
*Demand:* $25000000

*Date Filed:* 07/14/21

*Nature[s] of Suit:*  11 Recovery of money/property - 542 turnover of property
13 Recovery of money/property - 548 fraudulent transfer
14 Recovery of money/property - other
91 Declaratory judgment
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*
-----------------------
**Elissa Miller**
SulmeyerKupetz, A Professional Corporati
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

represented by **Larry W Gabriel**
Jenkins Mulligan & Gabriel LLP
585 Lorna Lane
Los Angeles, CA 90049
818-943-8992
Email: lgabrielaw@outlook.com
*LEAD ATTORNEY*

**Ronald N Richards**
Law Offices of Ronald Richards & Assoc
PO Box 11480
Beverly Hills, CA 90213
310-556-1001
Fax : 310-277-3325
Email: ron@ronaldrichards.com
*TERMINATED: 11/11/2021*

V.

*Defendant*
-----------------------
**Erika Girardi**
SSN / ITIN: xxx-xx-0000
Tax ID / EIN: 00-0000000

represented by **Evan C Borges**
Greenberg Gross LLP
650 Town Center Drive, Suite 1700

Case 2:22-cv-05176-DSF   Document 1-1   Filed 07/26/22   Page 2 of 9   Page ID #:8

Costa Mesa, CA 92626<br>
949-383-2800<br>
Fax : 949-383-2801<br>
Email: eborges@ggtriallaw.com

*Defendant*
-----------------------
**Pretty Mess, Inc., a corporation**                          represented by **Evan C Borges**
                                                                              (See above for address)


*Defendant*
-----------------------
**EJ Global, LLC, a limited liability company**               represented by **Evan C Borges**
                                                                              (See above for address)


*Trustee*
-----------------------
**Elissa Miller (TR)**                                        represented by **Larry W Gabriel**
SulmeyerKupetz                                                                (See above for address)
333 South Grand Avenue. Suite 3400
Los Angeles, CA 90071
213-626-2311


**U.S. Trustee**
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 07/14/2021 | 1<br>(31 pgs) | Adversary case 2:21-ap-01155. Complaint by Elissa Miller against Erika Girardi, Pretty Mess, Inc., a corporation, EJ Global, LLC, a limited liability company. ($350.00 Fee Charge To Estate). Nature of Suit: (11 (Recovery of money/property - 542 turnover of property)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))(Richards, Ronald) (Entered: 07/14/2021) |
| 07/14/2021 | 2<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Margulies, Craig. (Margulies, Craig) (Entered: 07/14/2021) |
| 07/14/2021 | 3<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Blumenfeld, Ori. (Blumenfeld, Ori) (Entered: 07/14/2021) |

| | | |
|---|---|---|
| 07/15/2021 | 4 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ruggier, Frank. (Ruggier, Frank) (Entered: 07/15/2021) |
| 07/19/2021 | 5 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Yoo, Timothy. (Yoo, Timothy) (Entered: 07/19/2021) |
| 07/20/2021 | 6 (7 pgs; 2 docs) | Summons Issued on EJ Global, LLC, a limited liability company Date Issued 7/20/2021, Answer Due 8/19/2021; Erika Girardi Date Issued 7/20/2021, Answer Due 8/19/2021; Pretty Mess, Inc., a corporation Date Issued 7/20/2021, Answer Due 8/19/2021 (RE: related document(s)1 Complaint filed by Plaintiff Elissa Miller) Status hearing to be held on 9/14/2021 at 02:00 PM at Crtrm 1668, 255 E Temple St., Los Angeles, CA 90012. The case judge is Barry Russell (Fortier, Stacey) (Entered: 07/20/2021) |
| 08/17/2021 | 7 (5 pgs) | Stipulation By EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation and *[Proposed] Order to Extend Time for Defendants Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC to Respond to Adversary Complaint* Filed by Defendants EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (Borges, Evan) (Entered: 08/17/2021) |
| 08/18/2021 | 8 (2 pgs) | Order Granting Stipulation to extend time to respond to complaint Re: (BNC-PDF) (Related Doc # 7 ) Signed on 8/18/2021 (Fortier, Stacey) (Entered: 08/18/2021) |
| 08/20/2021 | 9 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)8 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 08/20/2021. (Admin.) (Entered: 08/20/2021) |
| 08/24/2021 | 10 (6 pgs) | Stipulation By EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation and *[Proposed] Order re First Amended Complaint and Continuance of Status Conference* Filed by Defendants EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (Borges, Evan) (Entered: 08/24/2021) |
| 08/24/2021 | 11 (2 pgs) | Order Granting Joint stipulation to continue status conference (see order for details) Re: (BNC-PDF) (Related Doc # 10 ) Signed on 8/24/2021 (Fortier, Stacey) (Entered: 08/24/2021) |
| 08/26/2021 | 12 (52 pgs) | Amended Complaint by Ronald N Richards on behalf of Elissa Miller against all defendants. (RE: related document(s)1 Adversary case 2:21-ap-01155. Complaint by Elissa Miller against Erika Girardi, Pretty Mess, Inc., a corporation, EJ Global, LLC, a limited liability company. ($350.00 Fee Charge To Estate). Nature of Suit: (11 (Recovery of money/property - 542 turnover of property)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) filed by Plaintiff Elissa Miller). (Richards, Ronald) (Entered: 08/26/2021) |

| | | |
|---|---|---|
| 08/26/2021 | 13 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)11 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 08/26/2021. (Admin.) (Entered: 08/26/2021) |
| 09/22/2021 | 14 (6 pgs) | Stipulation By EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation and *Proposed Order to Extend Time for Defendants to Respond to First Amended Complaint* Filed by Defendants EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (Borges, Evan) (Entered: 09/22/2021) |
| 09/22/2021 | | Hearing (Adv Other) Continued (RE: related document(s) 1 COMPLAINT filed by Elissa Miller) Status Hearing to be held on 10/26/2021 at 02:00 PM 255 E. Temple St. Courtroom 1668 Los Angeles, CA 90012 for 1 , (Fortier, Stacey) (Entered: 09/22/2021) |
| 09/22/2021 | 15 (2 pgs) | Order Granting Stipulation to extend time to respond to complaint (see order for details) (BNC-PDF) (Related Doc # 14 ) Signed on 9/22/2021 (Fortier, Stacey) (Entered: 09/22/2021) |
| 09/24/2021 | 16 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)15 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 09/24/2021. (Admin.) (Entered: 09/24/2021) |
| 10/06/2021 | 17 (4 pgs) | Stipulation By Elissa Miller and *Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC* Filed by Plaintiff Elissa Miller (Richards, Ronald) (Entered: 10/06/2021) |
| 10/06/2021 | 18 (2 pgs) | Order Granting Stipulation to extend time to answer complaint and continue status conference (see order for details)Re: (BNC-PDF) (Related Doc # 17 ) Signed on 10/6/2021 (Fortier, Stacey) (Entered: 10/06/2021) |
| 10/08/2021 | 19 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)18 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 10/08/2021. (Admin.) (Entered: 10/08/2021) |
| 11/01/2021 | 20 (20 pgs) | Answer to Complaint Filed by EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation. (Borges, Evan) (Entered: 11/01/2021) |
| 11/02/2021 | 21 (6 pgs) | Status report Filed by Defendants EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (RE: related document(s)18 Order (Generic) (BNC-PDF)). (Borges, Evan) (Entered: 11/02/2021) |
| 11/11/2021 | 22 (5 pgs) | Substitution of attorney *(with Proof of Service)* Filed by Trustee Elissa Miller (TR). (Miller (TR), Elissa) (Entered: 11/11/2021) |
| 11/30/2021 | 23 (6 pgs) | Status report Filed by Defendants EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (RE: related document(s)21 Status report). (Borges, Evan) (Entered: 11/30/2021) |

| | | |
|---|---|---|
| 01/07/2022 | 24 | Hearing Rescheduled/Continued (RE: related document(s)23 Status report filed by Defendant Erika Girardi, Defendant Pretty Mess, Inc., a corporation, Defendant EJ Global, LLC, a limited liability company) Status hearing to be held on 1/18/2022 at 01:00 PM at Crtrm 1668, 255 E Temple St., Los Angeles, CA 90012. The case judge is Barry Russell (Fortier, Stacey) (Entered: 01/07/2022) |
| 01/11/2022 | 25<br>(6 pgs) | Status report Filed by Defendants EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (RE: related document(s) 24 Hearing Rescheduled/Continued (Other) (AP Case)). (Borges, Evan) (Entered: 01/11/2022) |
| 01/23/2022 | 26<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Richards, Ronald. (Richards, Ronald) (Entered: 01/23/2022) |
| 01/24/2022 | 27<br>(5 pgs) | Notice of lodgment *of Scheduling Order Following Status Conference,* Filed by Plaintiff Elissa Miller (RE: related document(s)1 Adversary case 2:21-ap-01155. Complaint by Elissa Miller against Erika Girardi, Pretty Mess, Inc., a corporation, EJ Global, LLC, a limited liability company. ($350.00 Fee Charge To Estate). Nature of Suit: (11 (Recovery of money/property - 542 turnover of property)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) filed by Plaintiff Elissa Miller). (Gabriel, Larry) (Entered: 01/24/2022) |
| 01/25/2022 | 28<br>(34 pgs) | Motion for Turnover of Property *Notice of Motion and Motion for Order for Turnover of Personal Property; Memorandum of Points and Authorities and Declarations of Elissa D. Miller, Daphne Masin and Larry W. Gabriel (with Proof of Service)* Filed by Plaintiff Elissa Miller (Gabriel, Larry) (Entered: 01/25/2022) |
| 01/25/2022 | 29<br>(66 pgs) | Request for judicial notice *in Support of Notice of Motion and Motion for Order for Turnover of Personal Property (with Proof of Service)* Filed by Plaintiff Elissa Miller (RE: related document(s)28 Motion for Turnover of Property *Notice of Motion and Motion for Order for Turnover of Personal Property; Memorandum of Points and Authorities and Declarations of Elissa D. Miller, Daphne Masin and Larry W. Gabriel (with Proof of Service)*). (Gabriel, Larry) (Entered: 01/25/2022) |
| 01/26/2022 | 30 | Hearing Set (RE: related document(s)28 Motion for Turnover of Property filed by Plaintiff Elissa Miller) The Hearing date is set for 2/15/2022 at 02:00 PM at Crtrm 1668, 255 E Temple St., Los Angeles, CA 90012. The case judge is Barry Russell (Fortier, Stacey) (Entered: 01/26/2022) |
| 01/26/2022 | 31<br>(6 pgs) | Opposition to (related document(s): 28 Motion for Turnover of Property *Notice of Motion and Motion for Order for Turnover of Personal Property; Memorandum of Points and Authorities and Declarations of Elissa D. Miller, Daphne Masin and Larry W. Gabriel (with Proof of Service)* filed by Plaintiff Elissa Miller, 29 Request for judicial notice filed by Plaintiff Elissa Miller) Filed by Defendants EJ |

| | | |
|---|---|---|
| | | Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (Borges, Evan) (Entered: 01/26/2022) |
| 01/26/2022 | 32 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lev, Daniel. (Lev, Daniel) (Entered: 01/26/2022) |
| 01/27/2022 | 33 (17 pgs) | Stipulation By EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation and *Protective Order* Filed by Defendants EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (Borges, Evan) (Entered: 01/27/2022) |
| 01/27/2022 | 34 (15 pgs) | Order Granting Joint stipulation and protective order Re: (BNC-PDF) (Related Doc # 33 ) Signed on 1/27/2022 (Fortier, Stacey) (Entered: 01/27/2022) |
| 01/29/2022 | 35 (17 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)34 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 01/29/2022. (Admin.) (Entered: 01/29/2022) |
| 02/01/2022 | 36 (7 pgs) | Stipulation By Erika Girardi and *Proposed Order re: (1) Holding Disputed Property In Trust Subject to Mutual Reservation of Rights and Pending Final Court Order, and (2) Continuance of Hearing to Allow for Discovery* Filed by Defendant Erika Girardi (Borges, Evan) (Entered: 02/01/2022) |
| 02/02/2022 | 37 (5 pgs) | Order Granting Joint Stipulation and order: 1) holding disputed property in trust subject to mutual reservation of rights and pending final court order; and 2) continuance of hearing to allow for discovery (see order for details) Re: (BNC-PDF) (Related Doc # 36 ) Signed on 2/2/2022 (Fortier, Stacey) (Entered: 02/02/2022) |
| 02/03/2022 | 38 (2 pgs) | Scheduling Order (BNC-PDF) Signed on 2/3/2022. Discovery due by 9/20/2022 (see order for details) (Fortier, Stacey) (Entered: 02/03/2022) |
| 02/04/2022 | 39 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)37 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 02/04/2022. (Admin.) (Entered: 02/04/2022) |
| 02/05/2022 | 40 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)38 Scheduling Order (BNC-PDF)) No. of Notices: 0. Notice Date 02/05/2022. (Admin.) (Entered: 02/05/2022) |
| 02/17/2022 | | Hearing Rescheduled/Continued (Motion) (AP Case ) (RE: related document(s) 28 MOTION FOR TURNOVER OF PROPERTY filed by Elissa Miller) Hearing to be held on 05/17/2022 at 02:00 PM 255 E. Temple St. Courtroom 1668 Los Angeles, CA 90012 for 28 , (Fortier, Stacey) (Entered: 02/17/2022) |
| 04/06/2022 | 41 (6 pgs) | Status report Filed by Defendants Erika Girardi, Pretty Mess, Inc., a corporation (RE: related document(s)38 Scheduling Order (BNC-PDF)). (Borges, Evan) (Entered: 04/06/2022) |

| | | |
|---|---|---|
| 04/20/2022 | 42 (3 pgs) | Notice *of Continued Status Conference Hearing Using ZoomGov Audio and Video,* Filed by Plaintiff Elissa Miller, Trustee Elissa Miller (TR) (RE: related document(s)1 Adversary case 2:21-ap-01155. Complaint by Elissa Miller against Erika Girardi, Pretty Mess, Inc., a corporation, EJ Global, LLC, a limited liability company. ($350.00 Fee Charge To Estate). Nature of Suit: (11 (Recovery of money/property - 542 turnover of property)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) filed by Plaintiff Elissa Miller). (Gabriel, Larry) (Entered: 04/20/2022) |
| 05/02/2022 | 43 (6 pgs) | Stipulation By Erika Girardi and *[Proposed] Order re 42 Day Continuance of Hearing to Allow for Appraisal of Property and Settlement Discussions* Filed by Defendant Erika Girardi (Borges, Evan) (Entered: 05/02/2022) |
| 05/04/2022 | 44 (2 pgs) | Order granting stipulation to continue hearing to allow for appraisal of property and settlement discussions (see order for details) Re: (BNC-PDF) Signed on 5/4/2022. (SF) (Entered: 05/04/2022) |
| 05/06/2022 | 45 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)44 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 05/06/2022. (Admin.) (Entered: 05/06/2022) |
| 05/17/2022 | 46 (3 pgs) | Notice *of Rescheduling Hearing on Trustee's Motion for Turnover of Personal Property,* Filed by Plaintiff Elissa Miller, Trustee Elissa Miller (TR) (RE: related document(s)28 Motion for Turnover of Property *Notice of Motion and Motion for Order for Turnover of Personal Property; Memorandum of Points and Authorities and Declarations of Elissa D. Miller, Daphne Masin and Larry W. Gabriel (with Proof of Service)* Filed by Plaintiff Elissa Miller filed by Plaintiff Elissa Miller). (Gabriel, Larry) (Entered: 05/17/2022) |
| 06/14/2022 | 47 (27 pgs; 2 docs) | Opposition to (related document(s): 28 Motion for Turnover of Property *Notice of Motion and Motion for Order for Turnover of Personal Property; Memorandum of Points and Authorities and Declarations of Elissa D. Miller, Daphne Masin and Larry W. Gabriel (with Proof of Service)* filed by Plaintiff Elissa Miller) Filed by Defendant Erika Girardi (Attachments: # 1 Declaration of Erika Girardi in Support of Opposition to Trustee's Motion for Order for Turnover of Personal Property) (Borges, Evan) (Entered: 06/14/2022) |
| 06/21/2022 | 48 (15 pgs) | Reply to (related document(s): 47 Opposition filed by Defendant Erika Girardi) *Reply of Elissa D. Miller, Chapter 7 Trustee, to Opposition of Erika Girardi to Trustees Motion for Order for Turnover of Personal Property,* Filed by Plaintiff Elissa Miller, Trustee Elissa Miller (TR) (Gabriel, Larry) (Entered: 06/21/2022) |
| 06/27/2022 | 49 (6 pgs) | Status report Filed by Defendants EJ Global, LLC, a limited liability company, Erika Girardi, Pretty Mess, Inc., a corporation (RE: related document(s)46 Notice). (Borges, Evan) (Entered: 06/27/2022) |

| | | |
|---|---|---|
| 06/29/2022 | 50 (1 pg) | Transcript Order Form, regarding Hearing Date 06/28/2022 Filed by Defendant Erika Girardi. (Borges, Evan) (Entered: 06/29/2022) |
| 06/29/2022 | 51 (1 pg) | Request for CD of Court Proceedings . Fee Amount $32, Filed by Defendant Erika Girardi. (Borges, Evan) (Entered: 06/29/2022) |
| 06/29/2022 | | Receipt of Request for CD of Court Proceedings (fee)( 2:21-ap-01155-BR) [misc,cdrf] ( 32.00) Filing Fee. Receipt number A54381398. Fee amount 32.00. (re: Doc# 51) (U.S. Treasury) (Entered: 06/29/2022) |
| 06/29/2022 | 52 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 22-BR-33. RE Hearing Date: 6/28/22, [TRANSCRIPTION SERVICE PROVIDER: Briggs, Telephone number 310-410-4151.] (RE: related document(s)50 Transcript Order Form (Public Request) filed by Defendant Erika Girardi) (WT) (Entered: 06/29/2022) |
| 06/30/2022 | 53 | Transcript regarding Hearing Held 06/28/22 RE: CONTD STATUS CONFERENCE RE COMPLAINT FOR 1) DECLARATORY RELIEF 2) TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 542 3) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFER 4) CONVERSION 5) CONSTRUCTIVE TRUST 6) ACCOUNT STATED 7) OPEN BOOK ACCOUNT 8) MONEY HAD AND RECEIVED 9) UNJUST ENRICHMENT AND 10) ACCOUNTING CONTD HRG. RE MOTION FOR ORDER FOR TURNOVER OF PERSONAL PROPERTY. Remote electronic access to the transcript is restricted until 09/28/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 7/7/2022. Redaction Request Due By 07/21/2022. Redacted Transcript Submission Due By 08/1/2022. Transcript access will be restricted through 09/28/2022. (Steinhauer, Holly) (Entered: 06/30/2022) |
| 06/30/2022 | 54 (5 pgs) | Notice of lodgment *of Order re Chapter 7 Trustee's Motion for Turnover of Personal Property,* Filed by Plaintiff Elissa Miller, Trustee Elissa Miller (TR) (RE: related document(s)28 Motion for Turnover of Property *Notice of Motion and Motion for Order for Turnover of Personal Property; Memorandum of Points and Authorities and Declarations of Elissa D. Miller, Daphne Masin and Larry W. Gabriel (with Proof of Service)* Filed by Plaintiff Elissa Miller filed by Plaintiff Elissa Miller). (Gabriel, Larry) (Entered: 06/30/2022) |
| 07/05/2022 | 55 (3 pgs) | ORDER re: sanctions imposed by court to be paid to the court Sanctions Amount: $400 each; sanction parties: Larry W. Gabriel, attorney for the plaintiff, and Evan C. Borges, attorney for the defendants (BNC-PDF) Signed on 7/5/2022. (SF) (Entered: 07/05/2022) |
| 07/07/2022 | 56 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)55 ORDER re: sanctions imposed by court to be paid to |

| | | |
|---|---|---|
| | | the court (BNC-PDF)) No. of Notices: 0. Notice Date 07/07/2022. (Admin.) (Entered: 07/07/2022) |
| 07/08/2022 | 57 (3 pgs) | Notice of Change of Address *or Firm*. (Lev, Daniel) (Entered: 07/08/2022) |
| 07/11/2022 | 58 (2 pgs) | Order Granting Motion for Turnover of Property (BNC-PDF) (Related Doc # 28 ) Signed on 7/11/2022 (WT) (Entered: 07/11/2022) |
| 07/13/2022 | 59 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)58 Order on Motion for Turnover of Property (BNC-PDF)) No. of Notices: 0. Notice Date 07/13/2022. (Admin.) (Entered: 07/13/2022) |
| 07/19/2022 | | Receipt of Sanctions/Misc Fines - $400.00 (Evan C Borges) by 71. Receipt Number 20245706. (admin). Related document(s) 55 ORDER re: sanctions imposed by court to be paid to the court (BNC-PDF). (Entered: 07/19/2022) |
| 07/19/2022 | | Receipt of Sanctions/Misc Fines - $400.00 (Larry W Gabriel) by 71. Receipt Number 20245708. (admin). Related document(s) 55 ORDER re: sanctions imposed by court to be paid to the court (BNC-PDF). (Entered: 07/19/2022) |
| 07/25/2022 | 60 (6 pgs; 2 docs) | Notice of Appeal and Statement of Election to U.S. District Court. (Official Form 417A) . Fee Amount $298 Filed by Defendant Erika Girardi (RE: related document(s)58 Order on Motion for Turnover of Property (BNC-PDF)). Appellant Designation due by 08/8/2022. (Attachments: # 1 Order re Trustee's Motion for Turnover of Personal Property)(Borges, Evan) (Entered: 07/25/2022) |
| 07/25/2022 | | Receipt of Notice of Appeal and Statement of Election (Official Form 417A)( 2:21-ap-01155-BR) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number A54482202. Fee amount 298.00. (re: Doc# 60) (U.S. Treasury) (Entered: 07/25/2022) |
| 07/26/2022 | 61 (15 pgs; 2 docs) | Notice of Referral of Appeal to the United States District Court, Central District of California; with Notice of Appeal Service List. (RE: related document(s)60 Notice of Appeal and Statement of Election (Official Form 417A) filed by Defendant Erika Girardi) (Attachments: # 1 Notice of Appeal and Statement of Election) (SM) (Entered: 07/26/2022) |